**Order entered September 12, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00823-CR

**WILLIE MAURICE HERVEY, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 89th District Court**
**Wichita County, Texas**
**Trial Court Cause No. 57,785-C**

## ORDER

Before the Court is the State's September 10, 2018 final motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received September 6, 2018 filed as of the date of this order.

/s/    CRAIG STODDART
        JUSTICE